# Exhibit 2

| US8666560B2 | Savant Indoor Smart Plug ("The accused product") |
|---|---|
| 1. A Smart Gateway Power Control (SGPC) system comprising: (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface; | The accused product discloses a Smart Gateway Power Control (SGPC) system that comprises (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface).<br><br> |

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Overview        Specifications        Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| wherein said power switch comprises a primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin). The smart plug comprises a relay switch (HF3FA) (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint). |

Overview        Specifications        Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Savant Indoor smart plug discloses an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch).<br><br><br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*

| | |
|---|---|
| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch). |



https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Overview        Specifications        Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*

| | |
|---|---|
| said power monitor produces a power value output in response to the electrical | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Savant Indoor smart plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle. |

| power flowing through said power load receptacle; | Overview          Specifications          Support |
|---|---|
| | The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |

 **Savant**
About this app

×

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



https://www.savant.com/power/savant-app



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

| | |
|---|---|
| | https://www.savant.com/power/savant-app<br><br><br><br>https://savant.com/savant-app |
| said computing device is electrically connected to said power switch control input; | The accused product discloses the system such that said computing device that is electrically connected to said power switch control input.<br><br>The accused product comprises a processor (e.g., computing device) that is electrically connected to the relay on the PCB. |

Overview        Specifications        Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*

| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output. |
|---|---|
| | The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |
| | Overview    Specifications    Support |
| | The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine. |
| | GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more. |
| | Features |
| | • Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets |

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



**Savant**
About this app                                                    ✕

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



https://www.savant.com/power/savant-app



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

https://www.savant.com/power/savant-app

| said computing device is configured to communicate to a first computer network via said wireless communication interface | The accused product discloses the system such that said computing device (e.g., processor) that is configured to communicate to a first computer network (e.g., communication network between server and Savant Indoor smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Savant smartphone app) communicating with a second computer network (e.g., communication network between Server and Savant smartphone app) using a communication device (e.g., a smartphone enabled with Savant smartphone app). The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the |

| and modulates the state of said power switch control input in response to commands received from a user interface communicating with a second computer network using a communication device; | status and power values to the Server.<br><br>Further, Savant provides a Savant smartphone app that can communicate to the Server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |
| --- | --- |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



**Savant**
About this app

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



https://www.savant.com/power/savant-app



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

https://www.savant.com/power/savant-app

| said computing device is configured to communicate with said first computer network via said wireless communicati | The accused product discloses the system such that said computing device that is configured to communicate with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device.<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Server. |
|---|---|

| | |
|---|---|
| on interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network using said communication device; | Further, Savant provides a Savant smartphone app that can communicate to the Server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug.<br><br>Overview      Specifications      Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |



*Source: Teardown of the accused product*



**Savant**
About this app

×

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



[https://www.savant.com/power/savant-app](https://www.savant.com/power/savant-app)



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

https://www.savant.com/power/savant-app

| said computing device is configured to send a periodic message from said SGPC to a | The accused product discloses the system such that said computing device that is configured to send a periodic message (e.g., periodic messages from smart plug to Server such as status messages, power monitoring messages, etc.) from said SGPC to a proxy server (e.g., Server) containing the ID, password (e.g., a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server), router IP ADR, port, and subnet vector (e.g., IP address, subnet address, port address, etc.) or path of said SGPC.<br><br>Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives |

| | |
|---|---|
| proxy server containing the ID, password, router IP ADR, port, and subnet vector or path of said SGPC; | these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc.<br><br>These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server.<br><br>Overview        Specifications        Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| said computing device is configured to store said SGPC periodic message with a proxy server in an SGPC ID translation database; | The accused product discloses the system such that said computing device that is configured to store said SGPC periodic message with a proxy server (e.g., Server) in an SGPC ID translation database (e.g., a unique device identifier corresponding to the accused product).

Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server.

Further, while registering an Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Savant smartphone app. |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| said communication device is configured to request a SGPC ID translation by said proxy server from said user interface; | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Savant smartphone app) that is configured to request a SGPC ID translation (e.g., requesting information for the accused product) by said proxy server from said user interface. |
|---|---|
| | Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server. |
| | Further, while registering a Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Savant smartphone app. |

| | Overview    Specifications    Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| said communication device is configured to validate said SGPC ID and password provided by said user interface using said proxy server; | The accused product discloses the system such that said communication device that is configured to validate said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device from the intended user account at the server) provided by said user interface (e.g., Savant smartphone app interface) using said proxy server (e.g., Server).<br><br>Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server.<br><br>Further, while registering a Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Savant smartphone app. |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| said communication device is configured to determine if said SGPC ID and password are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface; and | The accused product discloses the system such that said communication device (e.g., a smartphone enabled with Savant smartphone app) that is configured to determine if said SGPC ID and password (e.g., required identifiers such as a respective user account information, device unique identifiers, etc., to receive data corresponding to a respective device at the intended user account at the server) are valid, and if so, return the router IP ADR, port, and subnet vector or path for said SGPC to said user interface.

Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server.

Further, while registering an Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Savant smartphone app. |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface. | The accused product discloses the system such that said communication device is configured to determine if said SGPC ID and password are valid, and if not, return an error code to said user interface.<br><br>Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server.<br><br>Further, while registering an Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug from its user account in the Savant smartphone app. |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| 21.        A tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising:<br><br>(a)     power source plug;<br>(b)     power load receptacle;<br>(c)     power switch; | The accused product discloses a system that practices a tangible non-transitory computer usable medium having computer-readable program code means comprising a power control method wherein said method controls a Smart Gateway Power Control (SGPC) system comprising (a) power source plug; (b) power load receptacle; (c) power switch; (d) power monitor; (e) computing device; and (f) wireless communication interface.<br><br>The accused product is a smart plug device that includes a wireless switch (e.g., power switch). It discloses a system that provides a power source plug and a receptacle. The smart plug enables monitoring of power consumption, providing a power monitor and support Wi-Fi communication (e.g., wireless communication interface). The smart plug comprises memory that contains the tangible non-transitory computer usable medium having computer-readable program code.<br><br> |

| (d) power monitor; (e) computing device; and (f) wireless communication interface; | https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 <br><br> Overview　　　Specifications　　　Support <br><br> The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine. <br><br> GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more. <br><br> Features <br><br> • Three (3) Indoor Smart Plug <br> • Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app <br> • Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager <br> • Fits 3 prong sockets |

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| | |
|---|---|
| wherein said power switch comprises a primary and secondary contactor, said primary and secondary contactor electrically connected in response to a control input; | The accused product discloses the system such that said power switch comprises a primary (e.g., input pins) and secondary contactor (e.g., output pins), said primary (e.g., input pins) and secondary contactor (e.g., output pins) electrically connected in response to a control input (e.g., selecting on/off button to control the power flow from input pin to output pin).<br><br>The smart plug comprises a relay switch (HF3FA) (e.g., power switch) that comprises an input pin (e.g., primary contactor) and an output pin (e.g., secondary contactor) which are connected based on a control input (e.g., selecting on/off button to control the power flow from input pin to output pint).<br><br><br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| | |
|---|---|
| said power source plug is electrically connected to said primary contactor of said power switch; | The accused product discloses the system that comprises said power source plug (e.g., plug for power supply input) that is electrically connected to said primary contactor (e.g., input pins) of said power switch.<br><br>Savant Indoor smart plug discloses an electrical connection between the power source plug connected to the primary contactor input pin of the relay (e.g., power switch).<br><br>Overview    Specifications    Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| | |
|---|---|
| said power load receptacle is electrically connected to said secondary contactor of said power switch; | The accused product discloses the system such that said power load receptacle that is electrically connected to said secondary contactor of said power switch.<br><br>The accused product discloses an electrical connection between the power load receptacle connected to the secondary contactor or output pin of the relay (e.g., power switch).<br><br>Overview　　　Specifications　　　Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*

| | |
|---|---|
| said power monitor produces a power value output in response to the electrical power flowing through said power load receptacle; | The accused product discloses the system such that said power monitor that produces a power value output in response to the electrical power flowing through said power load receptacle.<br><br>Savant Indoor smart plug monitors the power load using a power monitoring and power value output in response to electrical power flowing through the power load receptacle.<br><br>Overview        Specifications        Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant – provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant – provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |



**Savant**
About this app

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



| | https://savant.com/savant-app<br><br><br><br>## CIRCUIT CONTROL<br><br>Have the ability to enable power to everything from appliances, lights, and dedicated loads.<br><br>https://www.savant.com/power/savant-app |
|---|---|
| said | The accused product discloses the system such that said computing device that is electrically |

| | |
|---|---|
| computing device is electrically connected to said power switch control input; | connected to said power switch control input.<br><br>The accused product comprises a processor (e.g., computing device) that is electrically connected to the relay on the PCB.<br><br>Overview          Specifications          Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets<br><br>https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |



*Source: Teardown of the accused product*

| said computing device is electrically connected to said power monitor power value output; | The accused product discloses the system such that said computing device that is electrically connected to said power monitor power value output. |
|---|---|
| | The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device. This indicates that the power monitor is electrically connected to the computing device. |
| | Overview    Specifications    Support |
| | The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine. |
| | GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more. |
| | Features |
| | - Three (3) Indoor Smart Plug<br>- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>- Fits 3 prong sockets |
| | https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186 |



*Source: Teardown of the accused product*

 **Savant**
About this app                                                            ✕

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



https://www.savant.com/power/savant-app



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

https://www.savant.com/power/savant-app

| | |
|---|---|
| said | The accused product discloses the system such that said computing device (e.g., processor) that is |

| computing device communicates to a first computer network via said wireless communication interface and modulates the state of said power switch control input in response to commands received from a user interface communicating with said a second computer network; and | configured to communicate to a first computer network (e.g., communication network between server and Savant Indoor smart plug) via said wireless communication interface (e.g., Wi-Fi network interface) and modulates the state of said power switch control input (e.g., selecting on/off button to control the power flow from input pin to output pin) in response to commands (e.g., turn on/off commands) received from a user interface (e.g., Savant smartphone app) communicating with a second computer network (e.g., communication network between Server and Savant smartphone app).<br><br>The accused product comprises a processor (e.g., computing device) that processes and transmits the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Server.<br><br>Further, Savant provides a Savant smartphone app that can communicate to the Server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can turn on or off the smart plug. |



*Source: Teardown of the accused product*

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



**Savant**
About this app

×

It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



https://www.savant.com/power/savant-app



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

https://www.savant.com/power/savant-app

| said computing device communicates with said first | The accused product discloses the system such that said computing device communicates with said first computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network. |
| --- | --- |
| | The accused product comprises a processor (e.g., computing device) that processes and transmits |

| | |
|---|---|
| computer network via said wireless communication interface and transmits said power value output through said second computer network in response to commands received from said user interface communicating with said second computer network; | the power status and values of the smart plug device using Wi-Fi network interface. It transmits the status and power values to the Server.<br><br>Further, Savant provides a Savant smartphone app that can communicate to the Server over Internet. It provides commands for the accused product to the server which transits to the smart plug. The smart plug performs functions according to the received commands. As shown below, the smartphone ("user interface communicating with said a second computer network") can fetch power usages (e.g., power monitoring values) from the smart plug.<br><br>Overview    Specifications    Support<br><br>The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.<br><br>GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.<br><br>Features<br><br>• Three (3) Indoor Smart Plug<br>• Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app<br>• Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager<br>• Fits 3 prong sockets |



https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186



*Source: Teardown of the accused product*



It's the app that all other smart home apps have been modeled after. Innovative and beautifully designed, the Savant Pro app is the easiest and most intuitive way to manage your smart home. Control your lighting, climate, entertainment and security with a single app on your iOS or Android device. Savant is the only smart home platform that also allows you to monitor and manage how power is used throughout your home.

UNIQUE AND PERSONAL

Get ready for next-level personalization. Automate your home with Savant Scenes to capture the perfect music, climate, lighting and security for every occasion. Create a schedule around your Savant Scenes or activate them manually using your voice, Android and iOS devices, in-wall touch panels, Savant Pro Remotes, and keypads.

The Savant Pro app also lets you customize your views—your rooms and home become the app, and with Savant's award-winning TrueImage feature, you can visualize your lighting in real-time with images that update live as you adjust the settings.

LIGHTING FOR LIFE

Savant's patented Daylight Mode adjusts color temperature to match the sun throughout the day, harmonizing with your natural circadian rhythm. And our impeccably designed keypads let you recall different lighting scenes that you've created in the app with just a single touch.

INTELLIGENT CONTROL OVER ENERGY USE

The Savant Power System is a truly smart energy solution that gives you personalized control over energy consumption, whether you're 100% on the grid or you have solar panels, a generator or a backup battery. The Savant Power System lets you monitor and prioritize different electrical loads across your home, manage consumption during a grid outage, and gain insights about your historical usage.

https://play.google.com/store/apps/details



https://www.savant.com/power/savant-app



https://www.savant.com/power/savant-app

<table>
<tr>
<td></td>
<td>



## CIRCUIT CONTROL

Have the ability to enable power to everything from appliances, lights, and dedicated loads.

https://www.savant.com/power/savant-app

</td>
</tr>
<tr>
<td>wherein said method comprises the steps of: (1) registering a communicati</td>
<td>The accused product discloses the system that practices registering a communication device (e.g., a smartphone enabled with Savant smartphone app) with said SGPC using an e-mail address (e.g., email address), phone number, or other device identifier.

As shown below, a user can create an account using its email address. It can also register a Savant Indoor smart plug using the Savant smartphone app. The user's smartphone with the Savant app registered with the smart plug.</td>
</tr>
</table>

| | |
|---|---|
| on device with said SGPC using an e-mail address, phone number, or other device identifier; | <br><br>https://youtu.be/ryZXX96G_mE?si=7IhStanaFQnFR893 |

Overview        Specifications        Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| (2) notifying said | The accused product discloses the system that practices notifying said communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending |
|---|---|

| communication device via said SGPC of any change in the SGPC IP address, port number, subnet vector by periodically sending update messages to said communication device; | update messages to said communication device.<br><br>Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server.<br><br>Further, while registering an Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Savant smartphone app. |

Overview       Specifications       Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf

| | |
|---|---|
| (3) retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC; and (4) terminating said method. | The accused product discloses the system that practices retrieve the latest IP address or port for said SGPC from said received SGPC update messages and retain said latest IP address or port for use in communicating with said SGPC. Savant smartphone app provides power usage values of the Savant Indoor smart plug. It receives these values from the server. The accused product must provide periodic messages to the server such as status messages, power monitoring messages, etc. These messages must have required identifiers such as a respective user account information, device unique identifiers, etc., to sync data corresponding to a respective device at the intended user account at the Server. Further, while registering an Savant Indoor smart plug, the user can provide a name to the plug. Also, the server stores the device with unique device identifier. It requires a translation database to provide details about the plug based on unique device identifier when a user selects the provided name of the plug in the Savant smartphone app. |

Overview          Specifications          Support

The Indoor Smart Plug- Works with Savant are designed for integration into a Savant system, and makes any lamp or device that plugs into a wall smart. The built-in Wi-Fi bridge allows for provisioning to the home network via the Savant Power & Light app, and programming within RacePoint Blueprint for full Savant integration and control via the Savant app. Use the Smart Plug to enable scheduling and Scene setting for traditional bulbs and devices. The Smart Plug adds smart functionality to fixtures where smart bulbs won't fit or match the look of the fixture. Use the Smart Plug with other devices like curling irons, fans and electronic devices to turn them on or off remotely or schedule them to operate around a routine.

GE Lighting Works with Savant products are designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, and controlled via the Savant app. Enjoy elegant GE smart lighting with all the comforts and features of the Savant app including Scenes, Daylight Mode, scheduling, remote access, and more.

Features

- Three (3) Indoor Smart Plug
- Designed for integration with Savant - provisioned through Savant Power & Light app, programmed in RacePoint Blueprint, controlled via the Savant app
- Install other Works with Savant products in other fixtures to wirelessly control all lights together using the new LightBanks feature in da Vinci 10.4 Blueprint Lighting and Shades Device Manager
- Fits 3 prong sockets

https://www.wave-electronics.com/savant-lig-opindrws3-00-indoor-smart-plug-3-pack-184186

Information we may obtain about you from your usage, from others or by automated means:

- Information We Obtain from Third Party Business Partners; such as personal contact details, account registration, or Products information provided by an authorized Lighting distributor or installer;
- Biometric Information including Facial Recognition, footage recorded from your use of the Lighting System, such as facial recognition or voice identification of you, your family, or any person in or outside your home that is captured by the Lighting System;
- Video, Audio and Other Data, such as video or audio streams, images, preferences, usage data, comments, performance metrics, and data collected by the Lighting System during the performance of any Products or Services, and their respective functions including motion detection, audio detection, video recordings, event logging or recording, temperature, and lighting;
- Derivative Data, such as technical information about the Products or Services, including device name and type, IP address, Wi-Fi network information and signal strength, other set up data, sensor status, adjustments to Products, usage, battery charge level, operating system, browser type, access times, pages viewed directly before and after accessing the App or Web App, other interactions with the application which are automatically collected and stored in log files;

https://www.gelighting.com/sites/default/files/file/2022-06/Lighting%20Privacy%20Policy%20-%20%20June%202022%20-%20FINAL.pdf

- Ensure UDP/TCP between the local network and the Savant devices are reliable. In some instances, testing the reliability using one of the various available network performance analyzer Apps may be required.
- Install network repeaters or extenders to ensure a robust network wherever Savant products are installed.
- Ensure that the network router can handle the additional IP Addresses that will be added through the Savant network.
- Network should employ one of the network security formats shown above.
- All Savant devices use self-discovery methods. Therefore, all devices communicating with a Savant device must be added to the same subnet (Ex: 192.168.1.xxx).
- Do not utilize a Guest Network to set up the various Savant devices to a network.
- UDP packets are broadcast on ports 9101 and 12004. Multicast packets are broadcast on port 1900.
- Sonos speakers communicate with host using port 3401.
- Host communicates with the IP Cloud using port 443.

https://support.savant.com/help/articles/en_US/Support_Article/Network-Troubleshooting-Guide

## Device Settings

Device settings is dependent on the devices included in the Savant System. Only the devices configured will populate in this menu. This guide only includes the device settings for Savant devices, for more information on the other devices than can appear on this screen contact a registered Savant Dealer near you or refer to information available on the Savant Customer Community



https://sav-documentation.s3.amazonaws.com/Product%20User%20Guides/009-1838-07%20Savant%20App%20User%20Guide%20%5BVersion%209.4%20and%20Higher%5D.pdf